Acknowledged.
Date: 08/22/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | | |
|---|---|---|
| VANESSA STANLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO: 4:13-cv-00023-SEB-DML |
| | ) | |
| MADISON PRECISION PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Vanessa Stanley, by counsel, and Defendant, Madison Precision Products, Inc., by counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this lawsuit with prejudice. The parties shall bear its/her own costs and attorneys' fees.

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| /s/ Bradley L. Wilson | /s/ Nathan Baker (w/ permission) |
| John H. Haskin | Nathan A. Baker |
| Bradley L. Wilson | Koryn M. McHone |
| John H. Haskin & Associates | Barnes & Thornburg |
| 255 North Alabama Street, 2nd Floor | 11 South Meridian Street |
| Indianapolis, Indiana 46204 | Indianapolis, Indiana 46204 |

Copies to:

Electronically registered counsel of record